# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TRADRA L. GARNER,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 21-CV-825-JPS<br><br><br>**ORDER** |

  On June 2, 2022, the Court remanded this case to the Commissioner of Social Security pursuant to Defendant Commissioner's motion to remand. ECF Nos. 23, 26. On August 25, 2022, Tradra L. Garner ("Garner") filed an unopposed motion requesting that Plaintiff receive an award of attorney's fees, pursuant to the Equal Access to Justice Act (the "EAJA"), 28 U.S.C. § 2412. ECF No. 28. Pursuant to that unopposed motion, and because the Court finds that the fees incurred are both reasonable and necessary and qualify under the EAJA, the Court will grant the motion.

  **IT IS ORDERED** that Garner's unopposed motion for an award of attorney's fees, ECF No. 28, be and the same is hereby **GRANTED**; an award of attorney's fees in the sum of $6,924.32 (six-thousand nine-hundred twenty-four dollars and thirty-two cents) for attorneys fees and expenses shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have in this matter pursuant to the EAJA. These fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff,* 130 S. Ct. 2521 (2010). If counsel for the parties verify that

Plaintiff owes no pre-existing debt subject to offset, then Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

Dated at Milwaukee, Wisconsin, this 9th day of September, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge